Lewis Jubran, Esq. (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| Nabras Hadi; Dhurgham Al-Musawi | Case No.: |
| 600 Cogswell Ave.<br>Syracuse, NY   13209 | COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| Plaintiffs, | |
| vs. | |
| **United States Department of State; Marco Rubio,** Secretary of State of the United States; **Ian G. Brownlee,** Assistant Secretary of State for Consular Affairs; **Wendy Ruth Sherman,** Deputy Secretary of State; **Catherine Barry,** Senior Advisor at U.S. Department of State; **Elizabeth Kennedy Trudeau,** Charge d'Affaires of U.S. Embassy in Baghdad, Iraq; **United States Embassy in Baghdad, Iraq; Christine Parker,** Chief, Outreach and Inquiries Division of Visa Services in the Department of State, | |
| Office of the General Counsel<br>U.S. Department of Homeland Security<br>Martin Luther King Jr. Ave., SE<br>Washington DC   20528-0485 | |

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

The Executive Office
Office of the Legal Adviser
600 19th Street, NW    Ste. 5600
Washington DC    20522

Defendants.

## INTRODUCTION

1.  This action is brought by Plaintiffs to compel Defendants and those acting under them to take action on Plaintiff Dhurgham Al-Musawi's pending immigrant visa application.

2.  Plaintiff Dhurgham Al-Musawi is eligible to have his immigrant visa application adjudicated.

3.  As a U.S. Citizen, on August 12, 2021, Plaintiff Mohammed Nabras Hadi filed an I-130 Petition for Alien Relative on behalf of her husband, Plaintiff Dhurgham Al-Musawi, who is living in Iraq.  The I-130 Petition was duly approved and then transferred to the National Visa Center for further processing and scheduling of the immigrant visa interview with the Defendant United States Embassy in Baghdad, Iraq.  (**Exhibit A – Approval Notice**).

4.  On April 22, 2024, Plaintiff Dhurgham Al-Musawi appeared at the Defendant United States Embassy in Baghdad, Iraq for his required consular interview.  (**Exhibit B- Appointment Letter**).

5.  On the date of the scheduled interview, Plaintiff Dhurgham Al-Musawi attended the consular interview at the Defendant United States Embassy in Baghdad, Iraq and provided testimony and documents in support of his immigrant visa application.    At the conclusion of the interview, Plaintiff was not given an immigrant visa, rather, he was told that his case was going

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 2

to be held for administrative processing and that he would be contacted when the administrative processing was completed.  (**Exhibit C- Immigrant Visa worksheet**).

6.   At the conclusion of his consular interview, Plaintiff Dhurgham Al Musawi was instructed that he would have to answer additional questions that would be sent to his e-mail address.   Thereafter, Defendant United States Embassy in Baghdad, Iraq sent the additional questions to Plaintiff Dhurgham Al Musawi and he timely responded to them and sent the answers back to the Defendant United States Embassy in Baghdad, Iraq.

7.   At the conclusion of his consular interview, Plaintiff Dhurgham Al Musawi was also instructed that he would have to provide a pre-paid slip for the return of his immigrant visa to a designated email address at the Defendant United States Embassy in Baghdad, Iraq.   In response, Plaintiff Dhurgham Al Musawi did provide the requested pre-paid slip for the return of his immigrant visa to the Defendant United States Embassy in Baghdad, Iraq.

8.   After Plaintiff Dhurgham Al Musawi answered the additional questions and submitted the pre-paid slip for the return of his immigrant visa, he has heard nothing further from the Defendant United States Embassy in Baghdad, Iraq, there was no indication if his immigrant visa was denied or granted, or, if additional information and/or documents were required.

9.   Therefore, on April 29, 2024, Plaintiff Nabras Hadi sent an e-mail to the Defendant United States Embassy in Baghdad, Iraq explaining that they had already been waiting for several years already to have an immigrant visa issued to her husband, Plaintiff Dhurgham Al Musawi and that further administrative processing of his case was causing her and their young daughter significant emotional turmoil.   She implored the Defendant United States Embassy in

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

Baghdad, Iraq to please expedite the administrative processing so that they could unite as a family in the United States.   Later that same day, the Defendant United States Embassy in Baghdad, Iraq replied to her e-mail and stated that her husband's case was undergoing administrative processing and there was no time-frame on when it would be completed. (**Exhibit D- April 29, 2024 e-mail and response**).

10.   On May 12, 2024, Plaintiff Nabras Hadi sent another e-mail to the Defendant United States Embassy in Baghdad, Iraq in which she once again implored the Embassy to expedite the administrative processing so that they could be united together as a family in the United States. (**Exhibit E – May 12, 2024 email**).

11. In June of 2024, Plaintiff Nabras Hadi contacted the Office of United States Senator Charles Schumer to enlist its assistance in expediting the administrative processing for her husband's case.   On June 17, 2024, a staffer from the Senator's office forwarded to Plaintiff Nabras Hadi an e-mail that he had received from the National Visa Center informing that her husband's case was still going through administrative processing.   In response, on June 25, 2024, Plaintiff Nabras Hadi wrote to the staffer and asked the staffer to contact the Defendant United States Embassy in Baghdad, Iraq.   (**Exhibit F – June 17, 2024 email and response**).

12.   On July 24, 2024, Plaintiff Nabras Hadi sent an email to Defendant United States Embassy in Baghdad, Iraq inquiring about the status of the pending immigrant visa for her husband, Plaintiff Dhurgham Al Musawi and in response, the Defendant Embassy sent an e-mail in which it stated that her husband's case was still undergoing administrative processing. (**Exhibit G- July 24, 2024 email and response**).

13. On November 6, 2024, a staffer from US Senator Charles Schumer sent an email to Plaintiff Nabras Hadi in which he forwarded to her an email from the Defendant United States Department of State, which stated that her husband's case was still undergoing administrative processing.   In response, Plaintiff Nabras Hadi replied to the staffer inquiring if he could communicate directly with the Defendant United States Embassy in Baghdad, Iraq.   (**Exhibit H – November 6, 2024 e-mail and response**).

14. On November 10, 2024, Plaintiff Nabras Hadi sent an e-mail to Defendant United States Embassy in Baghdad, Iraq inquiring about the status of the pending immigrant visa for her husband, Plaintiff Dhurgham Al Musawi and in response, the Defendant Embassy sent an e-mail in which it stated that her husband's case was still undergoing administrative processing. (**Exhibit I – November 10, 2024 email and response**).

15. On December 11, 2024, Plaintiff Nabras Hadi sent an email to the staffer from US Senator Charles Schumer's office requesting that he communicate directly with the Defendant United States Embassy in Baghdad, Iraq, and, in response, on December 13, 2024, the staffer from the Senator's office told her that his office had reached out to the Defendant United States Embassy in Baghdad, Iraq and that he would let her know when there was a response.  (**Exhibit J- December 11, 2024 email and response**).

16. On January 7, 2025, Plaintiff Nabras Hadi sent an e-mail to Defendant United States Embassy in Baghdad, Iraq inquiring about the status of the pending immigrant visa for her husband, Plaintiff Dhurgham Al Musawi and in response, the Defendant Embassy sent an e-mail

in which it stated that her husband's case was still undergoing administrative processing. (**Exhibit K– January 7, 2025 email and response**).

17. On February 10, 2025, Plaintiff Nabras Hadi sent an e-mail to Defendant United States Embassy in Baghdad, Iraq inquiring about the status of the pending immigrant visa for her husband, Plaintiff Dhurgham Al Musawi and in response, the Defendant Embassy sent an e-mail in which it stated that her husband's case was still undergoing administrative processing. (**Exhibit L – February 10, 2025 email and response**).

18. On March 23, 2025, Plaintiff Nabras Hadi sent an e-mail to Defendant United States Embassy in Baghdad, Iraq inquiring about the status of the pending immigrant visa for her husband, Plaintiff Dhurgham Al Musawi, but, there was no response from the Defendant Embassy to her e-mail.   (**Exhibit M – March 23, 2025 email**).

19. On April 29, 2025, Plaintiff Nabras Hadi sent an e-mail to Defendant United States Embassy in Baghdad, Iraq inquiring about the status of the pending immigrant visa for her husband, Plaintiff Dhurgham Al Musawi, but, there was no response from the Defendant Embassy to her e-mail.   (**Exhibit N – April 29, 2025 email**).

20.   More than a year after his immigrant visa interview at the Defendant U.S. Embassy in Baghdad, Iraq, the Plaintiffs are still in the midst of waiting for administrative processing to be completed. The Plaintiffs have still not received any further communications or information from the Defendant U.S. Embassy in Baghdad, Iraq about when the administrative processing will be completed.   They have timely submitted all of the documentation that were requested from them and there is nothing further they can do to expedite the adjudication of their immigrant visa

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

applications.    They have no way of knowing how much longer they will have to wait to have their immigrant visa issued, despite being the immediate relative of a U.S. Citizen, for which there is no backlog of pending cases, their case is being delayed for an interminable period of time with no end in sight.

21. Defendants have violated the Administrative Procedures Act ("APA") by failing to process and issue a final decision on Plaintiff Dhurgham Al Musawi's  immigrant visa application which has been undergoing administrative processing with no foreseeable end in sight.  Plaintiff seeks to compel Defendants, through a writ of mandamus, to either grant or deny Plaintiff's pending immigrant visa application.

## PARTIES

22. Plaintiff NABRAS HADI submitted an I-130 Petition for Alien Relative on behalf of her husband which was thereafter duly approved.

23. Plaintiff DHURGHAM AL MUSAWI is the husband of Plaintiff Nabras Hadi and is the beneficiary of her approved I-130 Petition for Alien Relative.

24.  Defendant UNITED STATES DEPARTMENT OF STATE (hereinafter "State Department") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Embassy in Baghdad, Iraq and its Charge d' Affaires, and officers named as defendants in this complaint.

25. Defendant MARCO RUBIO (hereinafter "Secretary Rubio") is sued in his official capacity as the Secretary of State, as the head of the Department of State, as he is charged with

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

the administration and the enforcement of immigration and nationality laws relating to the

powers, duties, and functions of diplomatic and consular officers of the United States.

26. Defendant IAN G. BROWNLEE (hereinafter "Assistant Secretary Brownlee") is sued in

his official capacity as the Assistant Secretary of State for Consular Affairs, as he is charged with

oversight of all consular, including visa, matters.

27. Defendant WENDY RUTH SHERMAN (hereinafter "Deputy Secretary Sherman") is

sued in her official capacity as the Deputy Secretary of State, as she is charged with acting as

deputy to the Secretary of State, which deals with the enforcement of immigration and

nationality laws, which includes duties and functions of diplomatic and consular officers of the

United States.

28. Defendant CATHERINE BARRY (hereinafter "Senior Advisor at U.S. Department of

State") is sued in her official capacity as the Senior Advisor of the U.S. Department of State, as

she is charged with all matters relating to visas and the administration of visa-related laws.

29. Defendant ELIZABETH KENNEDY TRUDEAU (hereinafter "Charge D' Affaires

Trudeau") is the Charge d' Affaires of the U.S. Embassy in Baghdad, Iraq.  This suit is brought

against Charge D' Affaires Trudeau in her official capacity, as she is charged with matters

relating to the consular affairs in the U.S. Embassy in Baghdad, Iraq.

30. Defendant UNITED STATES EMBASSY IN BAGHDAD, IRAQ is a mission within

Defendant Department of State and is involved in the acts challenged in this action.  The United

States Embassy in Baghdad, Iraq is responsible for processing Plaintiff's visa application.

31. Defendant CHRISTINE PARKER (hereinafter "Chief Parker") is the Chief of Outreach and Inquiries in the Visa Division of Visa Services in the Department of State. This suit is brought against Chief Parker in her official capacity, as she is charged with all matters relating to inquiries in the Visa Division.

## JURISDICTION

32. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending immigrant visa application for indefinite periods of time.

33. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

## VENUE

34. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

the action resides.  Because the Defendants are in the District of Columbia, including the United States Department of State and its employees, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

35. Plaintiffs have no administrative remedies.  Plaintiffs have made numerous inquiries to the Defendant U.S. Embassy in Baghdad, Iraq since the immigrant visa interview on April 22, 2024, to no avail.  There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

36.  Plaintiff Nabras Hadi submitted an I-130 Petition for Alien Relative for her husband, Plaintiff Dhurgham Al Musawi, to the United States Citizenship and Immigration Service.   The I-130 Petition(s) for Alien Relative was duly approved and thereafter Plaintiff Dhurgham Al Musawi was scheduled for his consular interviews on April 22, 2024 at the Defendant US Embassy in Baghdad, Iraq.

37.  Plaintiffs Dhurgham Al Musawi attended his scheduled interview at the Embassy and the interview was concluded.  At the conclusion of the interviews, Plaintiff Dhurgham Al Musawi was notified that his case would have to undergo further administrative processing and that he would need to complete additional questions and submit a pre-paid slip for the return of his immigrant visa.  Thereafter, Plaintiff Dhurgham Al Musawi timely completed the additional questions and he submitted the requested pre-paid slip information back to the consular officer at the Defendant United States Embassy in Baghdad, Iraq.

38.  After receiving no further communications from the consular officer at the Defendant United States Embassy in Baghdad, Iraq about the status of his pending immigrant visas,

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

beginning on April 29, 2024, Plaintiff Nabras Hadi, sent several e-mails to the Defendant Embassy inquiring about the status of the pending immigrant visas.   In return, the Defendant Embassy stated that the case was undergoing administrative processing and that it could not provide a date when the administrative processing would be completed and the immigrant visa issued.

39.   Defendant U.S. Embassy in Baghdad, Iraq has a duty to adjudicate visa applications in a timely manner once it has received all necessary documents and information relating to the visa applicant.   In this case, shortly after the conclusion of the immigrant visa interview on April 22, 2024, Plaintiff Dhurgham Al Musawi has provided all of the additional documents that had been requested of him and since that date, there has been no indication of when his immigrant visa application will be approved. .

40. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

41. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

42.  Administrative processing, according to the Department of State website, takes around 60 days.  In this case, it has been more than a year since the interview date.

43. Beginning shortly after Plaintiff Dhurgham Al Musawi submitted the additional documentation to Defendant U.S. Embassy in Baghdad, Iraq and continuing up to the present

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 11

date, Plaintiff Nabras Hadi has communicated with the Defendant U.S. Embassy in Baghdad, Iraq to learn about the status of the pending immigrant visa application for her husband but no relevant information has been forthcoming.

44. The issuance or denial of visas is the responsibility of the consular officers and was conferred by the Immigration and Nationality Act of 1952. *Li Hing of Hong Kong, Inc. v. Levin*, 800 F.2d 970, 971 (9th Cir. 1986); 8 U.S.C. § 1201(a)(1)(2004); 8 U.S.C. §§ 1101(a)(9), (16) (2004). The INA which governs visa processing "confers upon consular officers exclusive authority to review applications for visas." *Saavedra Bruno v. Albright,* 197 F.3d 1153, 1156 (D.C. Cir. 1999); INA § 201(b)(2)(A)(i).

45. No judicial or administrative review is available for a consular officer's decision to issue or deny a visa as this has been held to be a discretionary duty. *Patel v. Reno*, 134 F.3d 929, 931 (9th Cir. 1997); *Li Hing of Hong Kong, Inc.,* 800 F.2d at 971.

46. The Court in *Patel* established that the non-reviewability doctrine is inapplicable when a consular officer fails to follow his or her discretionary duties, and that failure to make a decision to issue or deny a visa is such a non-discretionary duty. *See Patel,* 134 F.3d at 931. The APA is to seek redress for unreasonable delays. Courts use factors to determine the unreasonable delays. *Telecommunications Research and Action Center v. FCC,* 750 F.2d 70 (D.C. Cir. 1984). The Court considers whether the time an agency takes to render a decision is governed by rule of law, where Congress has provided a time table, delays in the realm of economic regulation are less tolerable when human health and welfare are at stake, consideration of the effect of expediting delayed action on agency actions of higher or competing priority, nature and extent of interests

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 12

prejudiced by delay, and the impropriety of agency lassitude is not required to find that the agency action has been unreasonably delayed. *Id.*

47. Per 22 C.F.R. § 42.81(a), action on a visa application by the consular officer is mandatory.  The consular officer must either issue or refuse the visa.  Under the State Department's Foreign Affairs Manual, Section 237 of Public Law 106-113 and subsequent legislation requires that the Department establish a policy under which immediate relative (and fiancé(e)) visas be processed within 30 days of receipt of the necessary information from the applicant and the Department of Homeland Security (DHS); all other family-based immigrant visas (IV) must be processed within 60 days.  The Department expects all posts to strive to meet the 30/60-day requirements." *See 9 FAM 504.7-2.*

## CLAIM FOR RELIEF

48. Plaintiffs' claim in this action is clear and certain.  Plaintiffs reallege paragraphs 1 through 47, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and issue the immigrant visas for Plaintiff Dhurgham Al Musawi

49. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm.  Specifically:  Plaintiff Dhurgham Al Musawi is prevented from seeking the safety and shelter of living in the United States with Plaintiff Nabras Hadi   The prolonged separation of Plaintiffs' family is causing needless suffering and there is no indication of when it will end.   Plaintiffs' lives are completely in the

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 13

hands of the Defendants during this interminable pendency of their application for immigrant visa.

50. In failing to act on these immigrant visa applications, Defendants are acting directly in contradiction of the congressional intent, to promote family unity, for relatives of U.S. citizens and lawful permanent residents.

51. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Dhurgham Al Musawi's immigrant visa application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

52. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

53. Plaintiff Nabras Hadi has made several attempts to learn about the status of the pending immigrant visa application, all to no avail.  Only consular officers are able to make decisions on visa issuance or denial, leaving no adequate remedy.  Accordingly, Plaintiffs have been forced to pursue the instant action.

## **PRAYER**

54. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

b.   Declare as unlawful the violation by Defendants of failing to act on an approved

relative petition, and properly filed visa application;

c.   Declare Defendants' failure to carry out the adjudicative functions delegated to

them by law with regard to Plaintiffs' case as agency action unlawfully withheld

and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.   Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C.

§ 706(1), compelling the Defendants to take action on Plaintiff Dhurgham Al

Musawi immigrant visa application by either approving or refusing said

applications, and if the applications are refused, that the decision include

justification to preclude the sense of retaliation for having brought this lawsuit or

having exposed the Defendants' neglect;

e.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act,

28 U.S.C. § 2412;

f.   Grant such other relief at law and in equity as justice may require.

Dated this May 22, 2025                    Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiffs

COMPLAINT FOR DECLARATORY AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A**

**WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**HADI v. UNITED STATES DEPARTMENT OF STATE, et al.**

| Exhibit | | Page |
|---------|------|------|
| **A** | I-130 Approval Notice | 1 |
| **B** | Appointment Letter | 2 |
| **C** | Immigrant Visa worksheet | 3 |
| **D** | April 29, 2024 email and response | 4-7 |
| **E** | May 12, 2024 email | 8 |
| **F** | June 17, 2024 email and response | 9-11 |
| **G** | July 24, 2024 email and response | 12-13 |
| **H** | November 6, 2024 email and response | 14-16 |
| **I** | November 10, 2024 email and response | 17-18 |
| **J** | December 11, 2024 email and response | 19-20 |
| **K** | January 7, 2025 email and response | 21-22 |
| **L** | February 10, 2025 email and response | 23-24 |
| **M** | March 23, 2025 email | 25 |
| **N** | April 29, 2025 email | 26 |

# EXHIBIT A



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | |
|---|---|
| **Receipt Number** IOE0913024306 | **Case Type** I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 08/12/2021 | **Priority Date** 08/12/2021 | **Petitioner** A212 130 081 HADI, NABRAS MOHAMMED |
| **Notice Date** 05/15/2023 | **Page** 1 of 1 | **Beneficiary** A215 516 819 AL MUSAWI, DHURGHAM SALAM HADI |

| | |
|---|---|
| HADI, NABRAS MOHAMMED<br>c/o VAN HOUZEN, MARTIN C<br>MARTIN C VAN HOUZEN ATTORNEY<br>24725 W 12 MILE ROAD STE. 110<br>SOUTHFIELD MI 48034 | **Notice Type:** Approval Notice<br>Section: Husband or wife of U.S Citizen, 201(b) INA |

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



USCIS Contact Center: www.uscis.gov/contactcenter

# EXHIBIT B



<div dir="rtl">

سفارة الولايات المتحدة الأمريكية
بغداد,العراق

السفارة الأمريكية
موعد مقابلة

حامل هذه الرسالة لديه / لديها موعد في السفارة الأمريكية المصادف **22-APR-2024**

نرجوا السماح لهم بالدخول الى بوابة المشاة نقطة انتظار الزائرين الواقعة نهايه شارع الكندي بالقرب من السيطرة رقم (7).

في حال وجود أي سؤال او استفسار عن هذه الدعوة يرجى الاتصال على  BaghdadIV@state.gov

</div>

### _U.S. Embassy_
### _Appointment Letter_

The bearer of this letter has an appointment at the U.S. Embassy  on    **22-APR-2024**

Please allow them access to the visitors waiting area via the pedestrian gate located at the end of Alkindi street near Checkpoint 7.

If there are any questions or concerns about this invitation, please contact BaghdadIV@state.gov

# EXHIBIT C



# EMBASSY OF THE UNITED STATES OF AMERICA
## Baghdad, Iraq
### Immigrant Visa Unit

Date: ــــــ 2 2 -04- 2024 ــــــ :التاريخ    Case / رقم الطلب: BGH2024581063

*We have refused your visa under Section 221(g) of the Immigration and Nationality Act until:*

لقد تم رفض تأشيرتك بموجب المادة (221g) من قانون الجنسية والهجرة الأمريكي الى حين:

| | | |
|---|---|---|
| **We** complete administrative processing. We will contact you when it is finished. | ☑ | ان نقوم نحن بإكمال الاجراءات الادارية. وسوف نتصل بك عندما تنتهي هذه الاجراءات. |
| **You** answer the questions sent to your email address or fill DS-5535 form. | ☑ | ان تقوم بالإجابة على الاسئلة التي أرسلت الى بريدك الالكتروني او ملئ استمارة DS-5535 |

**You** submit the following within one year:    ان تقوم بإرسال الوثائق ادناه خلال مدة سنة واحدة:

| | | |
|---|---|---|
| Express Courier Pre-Paid Slip for Return of Visa (please scan and e-mail to us at **BaghdadIV@state.gov**) | ☑ | تزويدنا بايصال من شركات البريد السريع مدفوع مسبقا كي نقوم بإرسال التأشيرة لك (يمكن ارسال صورة من الايصال بالبريد الكتروني الى (**BaghdadIV@state.gov** |
| Birth Certificate: Beneficiary / Petitioner Original / Certified Translation | ☐ | شهادة الولادة : المستفيد/ طالب التأشيرة النسخة الاصلية/ ترجمة مصدقة |
| Marriage Certificate: Original / Certified Translation | ☐ | عقد الزواج: النسخة الاصلية / ترجمة مصدقة |
| Military book: Original / Certified Translation | ☐ | دفتر الخدمة العسكرية: النسخة الاصلية / ترجمة مصدقة |
| Certificate of No Conviction for Iraq / Police certificate from | ☐ | شهادة عدم محكومية في العراق شهادة الشرطة من: |
| Evidence of relationship to Petitioner (photos, letters, emails, phone bills, etc.) | ☐ | اثبات الصله او العلاقة بصاحب الطلب( صور، رسائل، رسائل بريد الكتروني (ايميل) ،فواتير هاتف ... الخ) |
| U.S. contact's full name, mailing address and phone number | ☐ | عنوان السكن الكامل والعنوان البريدي ورقم الهاتف للشخص الموجود في امريكا |
| Financial sponsor information from Petitioner / Joint sponsor • I-864 Affidavit of Support or form ____ • Federal tax transcript, W2s, proof of assets | ☐ | استمارة معلومات الكفيل المالي: صاحب الطلب/ الكفيل المشترك • I-864 استمارة التعهد بالكفالة او استمارة ____ • استمارة الضريبة،W2 و وثائق إثبات الممتلكات |
| Passport | ☐ | جواز السفر |
| Medical Exam | ☐ | الفحص الطبي |
| Other: | ☐ | اخرى: |

**Please submit your documents/information by:**    الرجاء ارسال الوثائق او المعلومات الى العنوان ادناه:

| | | |
|---|---|---|
| *Express Courier:* U.S. Embassy DHL    Attn: Immigrant Visa Unit FedEx    Al Kindi Street UPS    International Zone        Baghdad, Iraq | خاص لشركات: البريد السريع | ☐ | *U.S. Mail:* U.S. Embassy Attn: Immigrant Visa Unit Al Kindi Street International Zone Baghdad, Iraq | خدمات البريد الأمريكي |

Updated: 09/2022

**3**

# EXHIBIT D

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 3:02 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: BGH2024581063 |

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Sun, May 5, 2024 at 2:09 PM
Subject: Fwd: BGH2024581063
To: MIKEESSAK@SBCGLOBAL.NET <MIKEESSAK@sbcglobal.net>

I did and this was their response

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Mon, Apr 29, 2024 at 11:13 AM
Subject: Re: BGH2024581063
To: Baghdad, IV <BaghdadIV@state.gov>

Thank you for your assistance.

On Mon, Apr 29, 2024 at 11:12 AM Baghdad, IV <BaghdadIV@state.gov> wrote:

> Will do, thank you.
>
>
> **Immigrant Unit (AS)**
>
> **Consular Section**
>
> **U.S. Embassy Baghdad**
>
> https://iq.usembassy.gov/
>
> Follow us on Facebook and Twitter
>
>
> **From:** Nabras Hadi <nabrashadi@gmail.com>
> **Sent:** Monday, April 29, 2024 11:11 AM

1

4

**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** Re: BGH2024581063


Can you please forward my previous email to a consular officer.

Thank you for your time


On Mon, Apr 29, 2024 at 11:08 AM Baghdad, IV <BaghdadIV@state.gov> wrote:

Unfortunately, no. You may send your query by email and we will forward it to consular officer.


Regards,


**Immigrant Unit (AS)**

**Consular Section**

**U.S. Embassy Baghdad**

https://iq.usembassy.gov/

Follow us on Facebook and Twitter


---

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Monday, April 29, 2024 11:03 AM
**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** Re: BGH2024581063


Is there any way I can make an appointment with a consular officer in the embassy to speak about my husband's case?


On Mon, Apr 29, 2024 at 10:59 AM Baghdad, IV <BaghdadIV@state.gov> wrote:

Dear Sir or Madam,

Your case is in administrative processing.  Unfortunately, we cannot predict how long this administrative review will take.  As soon as we have concluded this processing, we will contact you.

In the meantime, you may check the status of your case online; for further details, please visit : https://ceac.state.gov/ceac/.

Sincerely,

**Consular Section (AS)**

**U.S. Embassy Baghdad**

https://iq.usembassy.gov/

Follow us on Facebook and Twitter

---

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Monday, April 29, 2024 10:55 AM
**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** BGH2024581063

Dear Consular Officer, I am writing to you with a heavy heart and a sense of desperation regarding the visa application of my husband BGH2024581063. We have encountered significant delays and setbacks in the processing of his visa application, which has led to prolonged separation and distress for our family. Our journey began in 2018 when we applied for a fiancé visa ,BGH2018805003 hoping to start our life together in the United States. Unfortunately, despite our cooperation and compliance, my husband was placed on administrative processing, which persisted for an extensive period, causing considerable emotional strain and uncertainty for our family. In an attempt to expedite the process and reunite our family, we pursued an alternative route by applying for a marriage visa. However, to our dismay, the recent interview for the marriage visa resulted in my husband being placed on administrative processing once again. As parents to a young daughter, the distance between us has made it exceptionally challenging to maintain our familial bond and support each other through these trying times. The prolonged separation has taken a toll on our emotional well-being and practical functioning. We fully understand and respect the necessity of thorough processing procedures. However, the repeated instances of administrative processing without clear communication or resolution have left us with no more patience and a desperate need for a solution.

6

We implore the embassy to review my husband's case with urgency and provide us with a clear pathway forward. Our family's unity and well-being depend on a timely resolution, and we earnestly seek your assistance in facilitating this process. Thank you for your attention to this matter. We eagerly await your prompt response and guidance on how to proceed further.

I am the wife, Nabras Hadi, Is there any way I can make an appointment with a consular officer regarding this?

Thank you,

Have a good day,

7

# EXHIBIT E

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 3:05 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: BGH2024581063 |

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Sun, May 12, 2024 at 2:50 AM
Subject: BGH2024581063
To: Baghdad, IV <BaghdadIV@state.gov>

Dear consular officer,

I am writing to express our urgent situation regarding the pending visa application of my spouse, Dhurgham Salam Hadi. We have been eagerly awaiting his visa since 2018, and despite our efforts, it has been put on administrative processing once again. We have a daughter, and our family is facing considerable distress as my daughter and I need to return to the US by the end of the month. Regrettably, we are compelled to leave him here if the visa is not processed expediently. We kindly implore your assistance in expediting the processing of his visa to ensure our family's reunification without further delay.

Thank you for your attention to this matter.

Sincerely,

Nabras Hadi

# EXHIBIT F

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 3:08 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: Nabras Hadi - Update on Casework from Agency - Senator Schumer's Office |

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Tue, Jun 25, 2024 at 2:39 PM
Subject: Re: Nabras Hadi - Update on Casework from Agency - Senator Schumer's Office
To: Neuwirth-Intern, Ella (Schumer) <Ella_Neuwirth-Intern@schumer.senate.gov>

Hello Ella,

Are you able to contact the embassy in Baghdad to ask about the status of the case? We've been waiting for a visa since 2018. Please help us resolve this matter. There is no reason for the delay, we're legally married and we have a daughter. I will appreciate your help. I know you contacted the NVC but the case is in Baghdad, Iraq embassy.

Thank you

On Mon, Jun 17, 2024 at 9:29 AM Nabras Hadi <nabrashadi@gmail.com> wrote:
Thank you for the update. I appreciate your help.

On Mon, Jun 17, 2024 at 9:22 AM Neuwirth-Intern, Ella (Schumer) <Ella_Neuwirth-Intern@schumer.senate.gov> wrote:

Good Morning,

I hope all is well. We received the below update from NVC in regards to your casework.

Thank you for your email concerning the immigrant visa petition filed by Nabras Mohammed Hadi on behalf of Dhurgham Salam Hadi Al Musawi with assigned case number BGH2024581063.

We completed our processing of this case and forwarded it to the U.S. Embassy in Baghdad, Iraq on 21 March 2024. Department of State records show that Dhurgham Salam Hadi Al Musawi was interviewed at the U.S. Embassy in Baghdad, Iraq on 22 April 2024.

9

Currently, this case is undergoing administrative processing to verify the constituent qualifications for this visa.

We understand your constituent's frustration at the delay; however, a decision on this case cannot be made until the U.S. Embassy Baghdad finishes their review. U.S. Embassies and Consulates issue visas in accordance with criteria specified in the Immigration and Nationality Act (INA), and a visa may only be issued if all the documentary requirements have been met, and the applicant is eligible under U.S. Immigration law. While we cannot predict when the processing of Dhurgham Salam Hadi Al Musawi's visa will be completed, please be assured that the U.S. Embassy is aware of your concerns and will do all that they can to see that the visa is adjudicated as soon as the processing of Dhurgham Salam Hadi Al Musawi's case has been completed.

Please be advised that unless specifically requested in your email, the National Visa Center will not use information from forms you provide to update customer contact information in our database.

Applicants whose cases are processing electronically may update their contact information online in the Consular Electronic Application Center (CEAC) Portal. Applicants with paper processing cases should provide updated contact information using our online inquiry form at https://nvc.state.gov/inquiry.

Please let me know if I may be of further assistance to your office or constituent.

Regards,

**Congressional Liaison**

**Department of State**

DOS - National Visa Center

Please let us know if you have any concerns or questions. Thank you.

10

Sincerely,

Ella Neuwirth

Office of Senator Charles Schumer

<u>780 Third Avenue</u>

<u>New York, NY 10017</u>

Phone: (212) 486-4430

Fax: (202) 228-2838

# EXHIBIT G

## Waleed Moslemani

**From:**        Nabras Hadi <nabrashadi@gmail.com>
**Sent:**        Tuesday, May 13, 2025 3:02 PM
**To:**          Waleed Moslemani
**Subject:**     Fwd: BGH2024581063

---------- Forwarded message ---------
From: **Baghdad, IV** <BaghdadIV@state.gov>
Date: Wed, Jul 24, 2024 at 2:15 AM
Subject: RE: BGH2024581063
To: Nabras Hadi <nabrashadi@gmail.com>

Dear Sir or Madam,

Your case is in administrative processing.  Unfortunately, we cannot predict how long this administrative review will take.  As soon as we have concluded this processing, we will contact you.

In the meantime, you may check the status of your case online; for further details, please visit : https://ceac.state.gov/ceac/.

Sincerely,

Consular Section (AS)

U.S. Embassy Baghdad

https://iq.usembassy.gov/

Follow us on Facebook and Twitter

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Wednesday, July 24, 2024 3:12 AM
**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** BGH2024581063

1

12

Hello,


I am checking on the status of my Husband's case. Is there anyway you can speed up his process? Our daughter is two years and four months old. She only sees her father once a year when I have vacation time from work. I need an update on his case please?


Nabras Hadi

Thank you

Have a good day

13

# EXHIBIT H

Thank you.


Sincerely,

George Tom

Office of Senator Charles Schumer

780 Third Avenue

New York, NY 10017

Phone: (212) 486-4430

Fax: (202) 228-2838




**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Wednesday, November 6, 2024 10:20 AM
**To:** Tom-Intern, George (Schumer) <George_Tom-Intern@schumer.senate.gov>
**Subject:** Re: Update on Casework from Agency - Senator Schumer's Office (Mrs. Nabras Hadi)


Thank you so much George, I appreciate your help.

Will things change if you email the embassy regarding the case? Will they expedite the process if they get the email directly from you? We have been waiting for seven months now and our daughter will turn three soon and her father only sees her once a year when I have vacation time from work. I hope you understand


Thank you again


On Wed, Nov 6, 2024 at 10:08 AM Tom-Intern, George (Schumer) <George_Tom-Intern@schumer.senate.gov> wrote:

Good Morning Mrs. Hadi,

3

**14**

I hope all is well. We received the below update from the Department of State in regards to your casework.

Thank you for your email concerning the immigrant visa petition filed by Nabras Mohammed Hadi on behalf of Dhurgham Salam Hadi Al Musawi with assigned case number BGH2024581063.

There has been no change to the status of these case.

We completed our processing of this case and forwarded it to the U.S. Embassy in Baghdad, Iraq on 21 March 2024.  Department of State records show that Dhurgham Salam Hadi Al Musawi was interviewed at the U.S. Embassy in Baghdad, Iraq on 22 April 2024.

Currently, this case is undergoing administrative processing to verify the constituent qualifications for this visa.

We understand your constituent's frustration at the delay; however, a decision on this case cannot be made until the U.S. Embassy Baghdad finishes their review. U.S. Embassies and Consulates issue visas in accordance with criteria specified in the Immigration and Nationality Act (INA), and a visa may only be issued if all the documentary requirements have been met, and the applicant is eligible under U.S. Immigration law.

While we cannot predict when the processing of Dhurgham Salam Hadi Al Musawi's visa will be completed, please be assured that the U.S. Embassy is aware of your concerns and will do all that they can to see that the visa is adjudicated as soon as the processing of Dhurgham Salam Hadi Al Musawi's case has been completed.

Please be advised that unless specifically requested in your email, the National Visa Center will not use information from forms you provide to update customer contact information in our database. Applicants should provide updated contact information online at http://nvc.state.gov/inquiry.

15

Please let us know if you have any concerns or questions. Thank you.


Sincerely,

George Tom

Office of Senator Charles Schumer

<u>780 Third Avenue</u>

<u>New York, NY 10017</u>

Phone: (212) 486-4430

Fax: (202) 228-2838

16

# EXHIBIT I

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 2:57 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: Case number: BGH2024581063 |

---------- Forwarded message ---------
From: **Baghdad, IV** <BaghdadIV@state.gov>
Date: Mon, Nov 11, 2024 at 5:58 AM
Subject: RE: Case number: BGH2024581063
To: Nabras Hadi <nabrashadi@gmail.com>

Dear Applicant,

Thank you for your email, please be advised that unfortunately your case is still under administrative process which it should concluded before we issue your visa. As soon as this process done, we will contact you for further instructions.

Sincerely,

**Consular Section (AO)**

**U.S. Embassy Baghdad**

https://iq.usembassy.gov/

Follow us on Facebook and Twitter

SENSITIVE BUT UNCLASSIFIED

17

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Sunday, November 10, 2024 7:33 AM
**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** Case number: BGH2024581063

Dear sir or madam,

 I hope this letter finds you well. I am checking on the status of the case. My husband underwent an administrative processing for seven months now, and at this time we did not receive any email from you or any additional information. Please consider my case. Thank you for your understanding.

 sincerely,

Nabras Hadi

18

# EXHIBIT J

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 3:07 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: Update on Casework from Agency - Senator Schumer's Office (Mrs. Nabras Hadi) |

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Tue, Jan 28, 2025 at 9:54 AM
Subject: Re: Update on Casework from Agency - Senator Schumer's Office (Mrs. Nabras Hadi)
To: Tom-Intern, George (Schumer) <George_Tom-Intern@schumer.senate.gov>

Hey George,

Can you please check with the embassy regarding my husband's case? We're very frustrated for Trump being the president now. It's been 10 months in administrative processing.

Thank you in advance for your help

On Fri, Dec 13, 2024 at 4:44 PM Nabras Hadi <nabrashadi@gmail.com> wrote:
Thank you for your assistance. I appreciate you

On Fri, Dec 13, 2024 at 4:43 PM Tom-Intern, George (Schumer) <George_Tom-Intern@schumer.senate.gov> wrote:

Good Afternoon Mrs. Hadi,

We have reached out to the Baghdad Embassy and will update you as soon as we receive a response. Thank you for your patience and coopertaion.

Sincerely,

George Tom

Office of Senator Charles Schumer

780 Third Avenue

New York, NY 10017

Phone: (212) 486-4430

19

Fax: (202) 228-2838

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Wednesday, December 11, 2024 10:27 AM
**To:** Tom-Intern, George (Schumer) <George_Tom-Intern@schumer.senate.gov>
**Subject:** Re: Update on Casework from Agency - Senator Schumer's Office (Mrs. Nabras Hadi)

Hey George,

Can you please contact the embassy in Baghdad for us? Our case is still pending administrative processing. We might get a better answer from the embassy because my husband got interviewed there. Their email address is BaghdadIV@state.gov

I appreciate your help

Thank you

On Wed, Nov 6, 2024 at 8:33 PM Nabras Hadi <nabrashadi@gmail.com> wrote:

Thank you for your assistance. I just thought if you contacted the embassy itself we may have a better solution to expedite the process. I will reach out to you next month if there is no change. I appreciate your help with this matter.

On Wed, Nov 6, 2024 at 2:22 PM Tom-Intern, George (Schumer) <George_Tom-Intern@schumer.senate.gov> wrote:

Good Morning Mrs. Hadi,

Thank you for following up. Our office has already reached out the agency which prompted the response that I have sent over you. We understand your frustration with this matter. If there is still a long delay in a month, feel free to reach out and our office can follow up with the agency.

20

# EXHIBIT K

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 2:59 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: Case number: BGH2024581063 |

---------- Forwarded message ---------
From: **Baghdad, IV** <BaghdadIV@state.gov>
Date: Tue, Jan 7, 2025 at 12:01 AM
Subject: RE: Case number: BGH2024581063
To: Nabras Hadi <nabrashadi@gmail.com>

Dear Applicant,

Thank you for your email, please be advised that unfortunately your case is still under administrative process which it should concluded before we issue your visa. As soon as this process done, we will contact you for further instructions.

Sincerely,

Consular Section (AO)

U.S. Embassy Baghdad

https://iq.usembassy.gov/

Follow us on Facebook and Twitter

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Tuesday, January 7, 2025 3:59 AM
**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** Case number: BGH2024581063

1

21

Dear sir or madam,

 I hope this letter finds you well. I am checking on the status of the case. My husband underwent an administrative processing for Nine months now, and at this time we did not receive any email from you or any additional information. Please consider my case. waiting is very painful. Thank you for your understanding.

  sincerely,

Nabras Hadi

22

# EXHIBIT L

## Waleed Moslemani

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Tuesday, May 13, 2025 2:58 PM
**To:** Waleed Moslemani
**Subject:** Fwd: BGH2024581063

---------- Forwarded message ---------
From: **Baghdad, IV** <BaghdadIV@state.gov>
Date: Mon, Feb 10, 2025 at 1:18 AM
Subject: RE: BGH2024581063
To: Nabras Hadi <nabrashadi@gmail.com>

Dear Applicant,

Thank you for your email, please be advised that unfortunately your case is still under administrative process which it should concluded before we issue your visa. As soon as these process done we will contact you for further instructions.

Sincerely,

**Consular Section (AO)**

**U.S. Embassy Baghdad**

https://iq.usembassy.gov/

Follow us on Facebook and Twitter

23

SENSITIVE BUT UNCLASSIFIED

**From:** Nabras Hadi <nabrashadi@gmail.com>
**Sent:** Monday, February 10, 2025 6:55 AM
**To:** Baghdad, IV <BaghdadIV@state.gov>
**Subject:** BGH2024581063


Dear sir or madam,

 I hope this letter finds you well. I am checking on the status of the case. My husband underwent an administrative processing since April 22,2024. At this time we did not receive any email from you or any additional information. Please consider my case. Thank you for your understanding.

 sincerely,

Nabras Hadi

24

# EXHIBIT M

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 3:01 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: BGH2024581063 |

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Sun, Mar 23, 2025 at 4:50 AM
Subject: BGH2024581063
To: Baghdad, IV <BaghdadIV@state.gov>

Dear sir or madam,

 I hope this letter finds you well. I am checking on the status of the case. My husband underwent an administrative processing for eleven months now. At this time we did not receive any email from you or any additional information. Please consider my case. Thank you for your understanding.

 sincerely,

Nabras Hadi

# EXHIBIT N

**Waleed Moslemani**

| | |
|---|---|
| **From:** | Nabras Hadi <nabrashadi@gmail.com> |
| **Sent:** | Tuesday, May 13, 2025 2:56 PM |
| **To:** | Waleed Moslemani |
| **Subject:** | Fwd: BGH2024581063 |

---------- Forwarded message ---------
From: **Nabras Hadi** <nabrashadi@gmail.com>
Date: Tue, Apr 29, 2025 at 5:21 AM
Subject: BGH2024581063
To: Baghdad, IV <BaghdadIV@state.gov>

Dear Sir/Madam,

I am writing to kindly inquire about the status of my husband's visa application, which has been pending for over a year. I understand that these processes take time, but I am deeply concerned as I have a young daughter who is eagerly waiting to be reunited with her father in the United States.

This prolonged separation has been emotionally difficult for our family, and I would greatly appreciate any update or guidance you can provide regarding the current status of my case.

Thank you for your time and consideration.

Sincerely,
Nabras

26